UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUI Z. MYLES,<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 5:19-cv-02036-WLH-SP<br><br>**JUDGMENT FOR THE UNITED STATES OF AMERICA**<br><br>Honorable Wesley L. Hsu<br>United States District Judge |

1

Pursuant to the Court's October 17, 2025 Order Re Defendant's Motion for Judgment on the Pleadings (Dkt. 174),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of Defendant United States of America and against Plaintiff Kui Z. Myles on Plaintiff's remaining claims[1] for negligence and intentional infliction of emotional distress;

2. Plaintiff's Second Amended Complaint is dismissed with prejudice; and

3. The United States of America shall recover its costs.

**IT IS SO ORDERED.**

Dated: November 3, 2025

_____
HON WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

---

[1] All other claims brought by Plaintiff have been adjudicated.